JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO PICAZO-SANCHEZ,<br><br>Defendant. | NO. CR05-5895FDB<br><br>ORDER CONTINUING TRIAL DATE, AND PRETRIAL MOTIONS DEADLINE |

This matter having come before the Court on the stipulated motion to continue the trial and the pretrial motions deadline and the Court having considered the pleadings of the parties, the records and files herein, the Court makes the following findings:

The defendant has been indicted on one count of Conspiracy to Manufacture Marijuana; one count of Possession of Marijuana with Intent to Distribute; and one count of Alien in Possession of a Firearm.  He faces a mandatory minimum of 10 years in prison with a maximum of life in prison.

The discovery provided to the defense thus far is significantly voluminous and it is necessary for the defense to thoroughly review the discovery with the defendant in order to prepare an effective defense.

The Court finds that failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence, within the meaning of 18 U.S.C. §3161(h)(8)(B)(ii).

The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. §3161(h)(8)(A).

    IT IS THEREFORE ORDERED that the trial date be continued from February 27, 2006 to April 24, 2006, at 9:00 am.  The period of delay resulting from this continuance from February 27, 2006, up to and including the new trial date of April 24, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

    IT IS FURTHER ORDERED that the pretrial motions due date be extended to February 16, 2006.

    DONE this 18th January, 2006.

FRANKLIN D BURGESS
UNITED STATES DISTRICT JUDGE