Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-5895FDB |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | GRANTING STIPULATED |
| ) | MOTION TO EXTEND TIME |
| PEDRO PICAZO-SANCHEZ, ) | FOR FILING OF |
| ) | GOVERNMENT'S OPPOSITION |
| Defendant. ) | TO MOTIONS TO SEVER |
| ) | |

After consideration of the stipulation by the Government and Defendant Pedro Picazo-Sanchez's requesting an extension of the deadline for the Government's filing of an opposition to Defendant's motion to sever defendant (docket number 23).

//
//
//

[PROPOSED] ORDER RE EXTENSION OF FILING DEADLINE
U.S. v. Picazo-Sanchez/CR05-5895FDB - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1  IT IS HEREBY ORDERED that the stipulated motion is GRANTED, and the
2  Government's deadline for filing the opposition is extended until March 9, 2006.
3
4  DATED this 24th day of February, 2006.
5
6
7  FRANKLIN D. BURGESS
   UNITED STATES DISTRICT JUDGE
8
9  Presented by:
10
11
12 JOHN McKAY
   United States Attorney
13
14
15 s/ Michael Dion
   MICHAEL DION
16 Assistant United States Attorney
17
18
19
20 s/ Jesse Cantor (per telephonic auth.)
   JESSE CANTOR
21 Attorney for Defendant
   Pedro Picazo-Sanchez
22
23
24
25
26
27
28

[PROPOSED] ORDER RE EXTENSION OF FILING DEADLINE
U.S. v. Picazo-Sanchez/CR05-5895FDB - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800