Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>PEDRO PICAZO-SANCHEZ,<br><br>                Defendant. | NO. CR05-5895FDB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR FILING OF GOVERNMENT'S OPPOSITION TO MOTIONS TO SEVER |

After consideration of the stipulation by the Government and Defendant Pedro Picazo-Sanchez's requesting an extension of the deadline for the Government's filing of an opposition to Defendant's Motions to Suppress Physical Evidence (docket #18), to Suppress Custodial Statements (docket #19), and to Sever Defendant (docket #22),

IT IS HEREBY ORDERED that the stipulated motion is GRANTED, and the

//
//
//
//
//
//
//

[PROPOSED] ORDER RE EXTENSION OF FILING DEADLINE
U.S. v. Picazo-Sanchez/CR05-5895FDB - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

Government's deadline for filing the oppositions is extended until March 16, 2006. Defendant's replies, if any, are due March 21, 2006, and the noting date is extended to March 24, 2006.

DATED this 10th day of March, 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

JOHN McKAY
United States Attorney


s/ Michael Dion
MICHAEL DION
Assistant United States Attorney




s/ Jesse Cantor (per telephonic auth.)
JESSE CANTOR
Attorney for Defendant
Pedro Picazo-Sanchez

[PROPOSED] ORDER RE EXTENSION OF FILING DEADLINE
U.S. v. Picazo-Sanchez/CR05-5895FDB - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800